IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-34 (MTT) |
| | ) |
| LOGAN RILEY NETTLES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 25. Defendant was indicted on June 9, 2021 and had his arraignment in this Court on June 18, 2021. Docs. 1; 11. One prior continuance has been granted. Doc. 23. The government now moves the Court to continue this case to the next trial term to provide additional time for defendant to receive and review discovery as well as provide defendant's counsel an opportunity to investigate the case and continue discussions with the government regarding case resolution. Doc. 25 at 2. The defendant does not oppose the motion. *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 25) is **GRANTED**. The case is continued from the August term until the Court's trial term presently scheduled for **September 13, 2021**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 28th day of July, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT