IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-34 (MTT) |
| | ) |
| LOGAN RILEY NETTLES and | ) |
| ANSLEY NICOLE HUNT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 43. Defendant Nettles was indicted on June 9, 2021 and had his arraignment in this Court on June 18, 2021. Docs. 1; 11. A superseding indictment was entered August 12, 2021. Doc. 27. Defendant Nettles was arraigned on the superseding indictment on August 27, 2021. Doc. 44. Defendant Hunt had her arraignment in this Court on August 18, 2021. Doc. 35. Two prior continuances have been granted for Defendant Nettles. Doc. 23; 26. The government now moves the Court to continue this case to the next trial term to provide additional time for defendants to receive discovery, review the evidence, prepare an effective defense, to more fully prepare for trial with their appointed counsel, and provide defendants' counsel an opportunity to continue discussions with the government regarding case resolution. Doc. 43 at 2. The defendants do not oppose the motion. *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 43) is **GRANTED**. The case is continued from the September term until the Court's trial term presently

scheduled for **November 15, 2021**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 30th day of August, 2021.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT